Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 2, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 2, 2003.

                                                                                                                                                            

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00758-CV

____________

 

IN RE PRUDENTIAL SECURITIES,
INCORPORATED, and LISA METZINGER LAMONTE, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 3, 2003, relator
filed a petition for writ of mandamus and a motion for emergency stay in this
Court.  See Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

We deny relator=s petition for writ of mandamus and
motion for emergency stay. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed October 2, 2003.

Panel consists of
Justices Anderson, Seymore, and Guzman.